UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAQUAN DEVOTA HARRIS,<br><br>                          Plaintiff,<br><br>              -against-<br><br>SARAH A. HARRIS, et al.,<br><br>                        Defendants. | 19-CV-11658 (CM)<br><br>CIVIL JUDGMENT |

COLLEEN McMAHON, Chief United States District Judge:

Pursuant to the order issued June 5, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 5, 2020
             New York, New York

                                                            COLLEEN McMAHON
                                                   Chief United States District Judge